```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 08007
    AMERICA GILBERT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8873

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/07/2005 and was confirmed 06/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
NISSAN                     SECURED           25018.84     1510.38       25018.84
AMERICAN EXPRESS           UNSEC W/INTER   NOT FILED          .00            .00
ARROW FINANCIAL SERVICES   UNSEC W/INTER   NOT FILED          .00            .00
FREEDMAN ANSELMO & LINDB   NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE                UNSEC W/INTER   NOT FILED          .00            .00
SEARS NATIONAL BANK        UNSEC W/INTER     4855.30       546.73        4855.30
SEARS NATIONAL BANK        NOTICE ONLY     NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSEC W/INTER    12849.14      1446.86       12849.14
ROUNDUP FUNDING LLC        UNSEC W/INTER      258.58        29.23         258.58
GE CONSUMER FINANCE        UNSEC W/INTER   NOT FILED          .00            .00
ARROW FINANCIAL            NOTICE ONLY     NOT FILED          .00            .00
BLATT HASENMILLER LEIBSK   UNSEC W/INTER   NOT FILED          .00            .00
PROVIDIAN HOME LOAN        NOTICE ONLY     NOT FILED          .00            .00
VALUE CITY BENEFICIAL NA   UNSEC W/INTER   NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     5027.87       566.17        5027.87
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED          .00            .00
NEWPORT NEWS               NOTICE ONLY     NOT FILED          .00            .00
NISSAN INFINITI            UNSEC W/INTER   NOT FILED          .00            .00
CONSUMER PORTFOLIO         UNSEC W/INTER   NOT FILED          .00            .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED          .00            .00
VALUE AMERICA CITIBANK     UNSEC W/INTER   NOT FILED          .00            .00
VERIZON WIRELESS           UNSEC W/INTER   NOT FILED          .00            .00
WAL MART STORES INC        UNSEC W/INTER   NOT FILED          .00            .00
FREIDMAN & WEXLER LLC      NOTICE ONLY     NOT FILED          .00            .00
PREMIUM ASSET RECOVERY C   UNSEC W/INTER      613.43        71.13         613.43
LEDFORD & WU               DEBTOR ATTY       1,685.00                    1,685.00
TOM VAUGHN                 TRUSTEE                                       3,007.10
DEBTOR REFUND              REFUND                                        1,334.95

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 08007 AMERICA GILBERT

```
------------------------------------------------------------------------------
TRUSTEE                                 58,820.71

PRIORITY                                                           .00
SECURED                                                      25,018.84
    INTEREST                                                  1,510.38
UNSECURED                                                    23,604.32
    INTEREST                                                  2,660.12
ADMINISTRATIVE                                                1,685.00
TRUSTEE COMPENSATION                                          3,007.10
DEBTOR REFUND                                                 1,334.95
                                   ---------------       ---------------
TOTALS                                  58,820.71            58,820.71
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 06/26/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 08007 AMERICA GILBERT